First Department. April 5, 1907.) Action by John J. Deery against Elizabeth M. Byrne and others. F. W. Frost, for appellants. R. J. Donovan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re DELANCEY ST. (Supreme Court, Appellate Division. First Department. March 8, 1907.) In the matter of Delancey street. No opinion. Motion denied, with $10 costs. Order filed.

DELESDERNIERS, Respondent, v. PHILA-DELPHIA CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by John H. Delesderniers against the Philadelphia Casualty Company. No opinion. Motion denied, with $10 costs.

DE RESZKE, Respondent, v. DUSS, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Edouard De Reszke against John S. Duss. No opinion. Order modified, by confining the examination of defendant to his execution of the contract, and, as so modified, affirmed, without costs. Order filed. See 91 N. Y. Supp. 221, 99 App. Div. 353.

DICKERMAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division. First Department. February 25, 1907.) Action by Georgianna Dickerman against the city of New York. T. Connoly, for appellant. M. H. Dalberg, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event, judgment, as so modified, and order, affirmed, without costs.

PATTERSON, P. J., and INGRAHAM, J., dissent, on opinion of INGRAHAM, J., on former appeal. 95 N. Y. Supp. 716, 108 App. Div. 260. Settle order on notice.

DICKINSON v. BLAKE et al. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Foster Dickinson, by Charles A. Dickinson, his guardian ad litem, against Leonora Blake and another, impleaded with George Dickinson and others. No opinion. Motion denied.

DIEHLMANN, Appellant, v. FORSTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Charles Diehlmann against Leonard Forster and others. No opinion. Appeal dismissed, without costs.

In re DITTRICH. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) In the matter of the application of Andrew Dittrich, executor under the last will and testament of Mary Dittrich, deceased, for the removal of Ellen C. Duffy as executrix and as testamentary trustee under the said last will and testament. No opinion. Motion to amend record denied.

DOBBIN, Respondent, v. LAUTNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1907.) Action by William L. Dobbin against William C. Lautner. No opinion. Judgment affirmed, with costs.

DOBSON, Respondent, v. VILLAGE OF ONEIDA, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Victoria B. Dobson against the village of Oneida. No opinion. Motion denied.

DOJAHN, Respondent, v. SCHOMAKER, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Frank Dojahn against Herman Schomaker. No opinion. The determination of this appeal will be postponed for the present, and if the respondent can supply the missing testimony, supported by affidavit, it will be received as a part of the return. Such evidence must be supplied in court on March 22, 1907. ·

DOJAHN, Respondent, v. SCHOMAKER, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Frank Dojahn against Herman Schomaker. No opinion. Counsel for the respondent concedes in his brief that testimony which seems vital to support the judgment is not included in the minutes. Under these circumstances, and in view of the history of this case, we deem it best to reverse the judgment. Judgment of the Municipal Court reversed, without costs, and new trial ordered.

DONNELLY, Respondent, v. UNDERMARK, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Agnes Donnelly against Daniel Undermark. No opinion. Order affirmed on argument, with $10 costs and disbursements.

DONOVAN, Respondent, v. SHEARER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Richard J. Donovan against George L. Shearer, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

DOUGLASTON HOSE CO., NO. 1, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by the Douglaston Hose Company, No. 1, against the city of New York. No opinion. Judgment affirmed, with costs.

DRESSER, Respondent, v. MERCANTILE TRUST CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Daniel Le Roy Dresser against the Mercantile Trust Company